JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY E. LYLES et al., | Case No. CV 14-4519-CAS (JPR) |
| Plaintiffs, | **J U D G M E N T** |
| vs. | |
| JOHN SCOTT et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 17, 2014

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE